UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :     15cr380 (DLC)
            -v-                         :
                                        :       ORDER
SHAQUILLE CARTER,                       :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   The defendant Shaquille Carter having written the Court to request that he participate in the next conference in this case by video, it is hereby

   ORDERED that no later than May 7, 2021, the Government shall advise the Court regarding what platform can be utilized to permit such participation.

   IT IS FURTHER ORDERED that a conference to address defendant's specifications of violation of supervised release will be held on May 14, 2021 at 12:00 PM.

Dated:   New York, New York
         April 30, 2021

                              _____
                                     DENISE COTE
                              United States District Judge