UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :        15cr380 (DLC)
          -v-                            :
                                         :           ORDER
SHAQUILLE CARTER,                        :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

     It is hereby

     ORDERED that the conference to address defendant's

specifications of violation of supervised release scheduled for

May 14, 2021 is cancelled.  The Government shall advise the

Court when defendant has been moved to a pretrial facility in

the New York City area and has been presented before a

magistrate judge and appointed counsel in this matter.

     SO ORDERED:

Dated:   New York, New York
         May 10, 2021

_____
          DENISE COTE
     United States District Judge