```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
                 -v-                     :      15cr380 (DLC)
                                         :
SHAQUILLE CARTER,                        :      ORDER
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

At a conference regarding the specifications of violation of supervised release in this action on June 3, 2021, it was ordered that status letters were due from the parties on August 20, and the next conference was scheduled for September 7, 2021.

On July 27, 2021, this Court received a letter from defendant requesting that new counsel be appointed. Accordingly, it is hereby

ORDERED that in his August 20 submission, attorney for defendant Thomas Dunn shall respond to the defendant's letter.

IT IS FURTHER ORDERED that attorney for defendant shall provide a copy of this Order to defendant forthwith.

Dated:   New York, New York
         August 6, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge