UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA                :
                                         :
            -v-                          :     15cr380 (DLC)
                                         :
 SHAQUILLE CARTER,                       :        ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

   Having received the Government's letter of August 20, 2021, it is hereby

   ORDERED that the September 7, 2021 conference is adjourned sine die.

   IT IS FURTHER ORDERED that the parties shall advise the Court by **September 7** whether they consent to the second proposal outlined in the Government's August 20 letter.  If all parties consent to that proposal, they shall provide a proposed schedule for the submission of the relevant documents and briefing.

Dated:    New York, New York
          August 23, 2021

                           _____
                                      DENISE COTE
                           United States District Judge