```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :     15cr380 (DLC)
                                        :
SHAQUILLE CARTER,                       :         ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received a letter from the defendant docketed October 19, 2021, it is hereby

ORDERED that the Government shall respond no later than October 26, 2021 regarding the medical treatment the defendant has received for the alleged burn to his foot.

Dated:   New York, New York
         October 20, 2021

                                    _____
                                             DENISE COTE
                                    United States District Judge