```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
                -v-                     :        15cr380 (DLC)
                                        :
SHAQUILLE CARTER,                       :        ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that sentencing regarding the violation of supervised release is scheduled for November 5, 2021 at 11:00 AM in Courtroom 18B, 500 Pearl Street.  Any sentencing submissions by the parties shall be filed by November 1, 2021.

Dated:    New York, New York
          October 20, 2021

                                   _____
                                           DENISE COTE
                                   United States District Judge